```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
STEPHANIE LANDON,

                Plaintiff,
                                              O R D E R
        - against -
                                          19 Civ. 10604 (NRB)
SKAFFLES GROUP, LLC, STEVEN SHWEKY,
and NANCY LEE,

                Defendants.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been resolved, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         May 27, 2020

```
                                      _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE
```